UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVELTY TEXTILE, INC., a California Corporation;<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WINDSOR FASHIONS, INC., a California Corporation; XTAREN, INC., a California Corporation; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | CASE NO.: **CV12-5602-BRO (MANx)**<br><br> **FINAL ORDER AND JUDGMENT**<br><br>Courtroom:　14—Spring St., Floor<br>Judge:　　　Hon. Beverly Reid O'Connell |

1

**FINAL ORDER AND JUDGMENT**

Plaintiff Novelty Textile, Inc. ("Plaintiff"), having moved for summary judgment against Defendants Windsor Fashions, Inc. and Xtaren, Inc. (collectively, "Defendants") on August 13, 2013, Hon. Beverly Reid O'Connell presiding, and the evidence presented having been fully considered, the issues having been duly heard, and the Court having granted the motion,

IT IS HEREBY ORDERED AND ADJUDGED AS FOLLOWS:

### Findings:

1. Plaintiff has established ownership of a valid copyright in the 1066 Design, as Plaintiff's Certificate of Registration VA 1-728-356 is *prima facie* evidence of a valid copyright, and Defendants failed to rebut that presumption.

2. Plaintiff's 1066 Design and Defendants' Infringing Garments are strikingly similar, and thus the only explanation for the similarity is that the Infringing Garments were copied from the 1066 Design.

3. Plaintiff has requested statutory damages, and the Court finds $15,000 as a reasonable statutory award in this case.

///

///

///

///

Based on the above findings, JUDGMENT IS ENTERED against Defendants for all of Plaintiff's claims asserted in this action.  Defendants Windsor Fashions, Inc. and Xtaren, Inc. are jointly and severally liable to Plaintiff for $15,000 in statutory damages.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:  August 28, 2013

By: _____
HON. BEVERLY REID O'CONNELL
United States District Court Judge